UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

ELEONOR REYES,

        Plaintiff,

    v.

EMPIRE SUPER BUILDERS, INC,
EMPIRE SUPER STRUCTURE INC,
LUXURY MANAGEMENT NY, INC., and
MARLIN ORLENY RAMOS CALIX SR,

        Defendants.

Case No.: 1:24-cv-09934

**NOTICE OF MOTION FOR DEFAULT JUDGMENT**

---

    **PLEASE TAKE NOTICE** that upon the Affidavit of C.K. Lee and the exhibits attached thereto, and upon all prior proceedings had herein, Plaintiff ELEONOR REYES hereby move for an Order pursuant to Fed. R. Civ. P. 55(b)(2), granting Default Judgment in favor of Plaintiff and against Defendants EMPIRE SUPER BUILDERS, INC, EMPIRE SUPER STRUCTURE INC, LUXURY MANAGEMENT NY, INC., and MARLIN ORLENY RAMOS CALIX SR, jointly and severally, together with such other relief as the Court deems just and proper. For the avoidance of doubt, Plaintiff is not moving for default judgment on behalf of any putative class members and collective plaintiffs.

    Pursuant to Local Rule 55.2(b), attached to the Affidavit of C.K. Lee are copies of the Complaint, Affidavits of Service, Clerk's Certificate of Default, Plaintiff's Damage Calculations, and proposed Default Judgment.

Dated: May 30, 2025            Respectfully submitted,
        New York, New York

By:    */s/ C.K. Lee*
       C.K. Lee, Esq. (CL 4086)

**LEE LITIGATION GROUP, PLLC**
148 West 24th Street, 8th Floor
New York, NY 10011
Tel: (212) 661-1008
Email: cklee@leelitigation.com
*Attorney for Plaintiff*