UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

───────────────────────────────────────────

ELEONOR REYES,

        Plaintiff,

v.

EMPIRE SUPER BUILDERS, INC,
EMPIRE SUPER STRUCTURE INC,
LUXURY MANAGEMENT NY, INC., and
MARLIN ORLENY RAMOS CALIX SR,

        Defendants.

───────────────────────────────────────────

Case No.: 1:25-cv-01534

**[PROPOSED]
DEFAULT JUDGMENT**

This action having been commenced on February 24, 2025, by the filing of the Summons and Complaint. Defendants EMPIRE SUPER BUILDERS, INC, EMPIRE SUPER STRUCTURE INC, LUXURY MANAGEMENT NY, INC., and MARLIN ORLENY RAMOS CALIX SR, having failed to appear or respond to the Summons and Complaint, it is

**ORDERED, ADJUDGED, AND DECREED**:

1. That Plaintiff ELEONOR REYES, has judgment against Defendants EMPIRE SUPER BUILDERS, INC, EMPIRE SUPER STRUCTURE INC, LUXURY MANAGEMENT NY, INC., and MARLIN ORLENY RAMOS CALIX SR, jointly and severally, for a total of **$89,431.63** in damages as follows:

| | |
|---|---|
| Unpaid Overtime Wages due to Fixed Salary | $5,761.11 |
| Unpaid Overtime Wages (Compensation for Off-the-Clock Work through Meal Breaks) | $1,234.52 |
| Unpaid Wages (Compensation for Failure to Pay Any Weekly Wages) | $7,083.75 |
| Liquidated Damages for Unpaid Wages | $14,079.38 |
| Liquidated Damages for Late Payment of Wages | $51,272.86 |
| Statutory Penalties for WTPA Violations | $10,000.00 |
| **TOTAL DAMAGES** | **$89,431.63** |

Dated: _____  _____
      New York, New York        Andrew L. Carter, Jr
                                                  United States District Judge

                                                  This document was entered on the docket on

                                                  _____