**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------x

ELEONOR REYES,                          :
                                        :
                          Plaintiff,    :
                                        :        1:24-cv-09934 (ALC)
                                        :
          -against-                     :        **ORDER**
                                        :
EMPIRE SUPER BUILDERS, INC., et al.,    :
                                        :
                          Defendants.   :
-----------------------------------------------------------x

**ANDREW L. CARTER, JR., United States District Judge:**

Pursuant to the Court's Order dated February 25, 2026 (Dkt. No. 18), Plaintiff was supposed to: (a) serve Defendants via process server, and (b) file proof of service of the Court's Order to Show Cause on Defendants by March 6, 2026. Plaintiff failed to do so. As a result, On March 9, 2026 (Dkt. No. 19), the Court again Ordered Plaintiff to file proof of service by March 10, 2026, and Plaintiff was informed that failure to file such proof would result in the denial of the pending Motion for Default Judgment. Now before the Court is Plaintiff's request for an extension of time from March 10, 2026 to March 23, 2025 to effectuate service on Defendants via process server. Per the Court's February 25, 2026 Order (Dkt. No. 18), service was supposed to occur by February 26, 2026; therefore, Plaintiff's request for an extension of time to effectuate service is untimely and thus **DENIED**. The Motion for Default Judgment (Dkt. No. 13) is **DENIED** without prejudice. Should Defendants fail to appear in this action by **March 24, 2026**, Plaintiff may renew the Motion for Default Judgment by filing a letter with the Court.

The Clerk of Court is respectfully directed to terminate the pending motion at Dkt. No. 13.

**SO ORDERED.**

**Dated:** March 10, 2026

       **New York, New York**

                                     **ANDREW L. CARTER, JR.**
                                     **United States District Judge**